IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 15-mc-00167-MJW

IN RE:   $1,400.00 IN UNITED STATES CURRENCY;
$1,576.00 IN UNITED STATES CURRENCY

**ORDER TO CLOSE CASE** (Docket No. 3)

This matter is before the Court on the Government's Motion for Order to Close Case (Docket No. 3). Upon consideration and for good cause shown, IT IS ORDERED that the Motion is GRANTED and this case is closed.

SO ORDERED this 3rd day of November, 2015.

BY THE COURT:

MICHAEL J. WATANABE
United States Magistrate Judge